# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVIEON ROWE

    and

MAURICE WILLIAMSON,

    Defendants.

Case No.   2:21-mj-0242-NJK

**ORDER TO SEAL**

FILED
MAR 19 2021
US DISTRICT COURT
DISTRICT OF NEVADA

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application, the Arrest Warrant, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 19th day of March, 2021.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3