RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Davieon Rowe

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DAVIEON ROWE,<br><br>             Defendant. | Case No. 2:21-cr-00129-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Davieon Rowe, that the Sentencing Hearing currently scheduled on September 30, 2025, at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1.    Additional time is needed for defense counsel to gather information that is pertinent to Mr. Rowe's social history and background. Probation is an agreement as it would give them time to review the information, conduct a follow up interview, if necessary, and incorporate the information into his presentence investigation report.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 19th day of August 2025.

RENE L. VALLADARES                          SIGAL CHATTAH
Federal Public Defender                        Acting United States Attorney


   */s/ Raquel Lazo*                                  */s/ Joshua Brister*
By_____          By_____
RAQUEL LAZO                                     JOSHUA BRISTER
Assistant Federal Public Defender          Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00129-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| DAVIEON ROWE, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, September 30, 2025, at 11:00 a.m., be vacated and continued to January 8, 2026 at the hour of 9:00 a.m. in LV Courtroom 6C.

DATED this 20th day of August 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE